**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1063**

GORDON BEASLEY,

Plaintiff – Appellant,

and

JANET BEASLEY,

Plaintiff,

v.

RED ROCK FINANCIAL SERVICES, LLC; RED ROCK VIRGINIA, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:14-cv-01497-GBL-JFA)

Submitted:  March 28, 2017                                         Decided:  April 5, 2017

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest P. Francis, ERNEST P. FRANCIS, LTD., Alexandria, Virginia, for Appellant. Virginia M. Sadler, Padraic K. Keane, JORDAN COYNE LLP, Fairfax, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gordon Beasley appeals the district court's orders granting summary judgment in favor of the Appellees on some of his claims, denying his motion for summary judgment on one of the Appellees' defenses, and granting judgment as a matter of law for the Appellees pursuant to Fed. R. Civ. P. 50(a) after Beasley's presentation of his remaining claims to the jury. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*